IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID A. MATEO,                  :
                                 :   HONORABLE JOSEPH E. IRENAS
        Petitioner,              :
                                 :   CIVIL ACTION NO. 05-2912 (JEI)
    v.                           :
                                 :   **ORDER DISMISSING**
UNITED STATES OF AMERICA,        :   **PETITIONER'S MOTION**
                                 :   **PURSUANT TO**
                                 :   **28 U.S.C. § 2255**
        Respondent.              :   **(Docket Entry # 1)**

**APPEARANCES:**

DAVID A. MATEO, Petitioner *pro se*
# 40408-050
FCI Schuykill
P.O. Box 759
Minersville, PA 17954

CHRISTOPHER J. CHRISTIE, UNITED STATES ATTORNEY
By: V. Grady O'Malley, Esq.
970 Broad Street, Suite 700
Newark, NJ 07102
    Counsel for Respondent

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, the Court having considered the submissions of the parties, and for the reasons set forth in an Opinion which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

1

**IT IS** on this _4th_ day of January, 2006,

**ORDERED THAT:**

1. Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2255 is hereby **DENIED;**

2. Because this Court finds that Petitioner has not made a substantial showing of the denial of a Constitutional right, no certificate of appealability shall issue. *See* 28 U.S.C. § 2253(c).

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOSEPH E. IRENAS, S.U.S.D.J.